**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02644-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

RODNEY CURTIS HAMRICK, a.k.a. Zechariah Antonios Al-Magsoon

      Petitioner,

v.

NO DEFENDANT NAMED,

      Defendant.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

      Petitioner has submitted a document titled "Ex Parte Petition for Change of

Name" and a Letter.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted documents are deficient as described in this

order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.

Any papers which the Petitioner files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or

|        |        | habeas application |
|--------|--------|-------------------|
| (9)    | __     | An original and a copy have not been received by the court. Only an original has been received. |
| (10)   | X      | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| (11) | X  | is not submitted |
|------|----|------------------|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 14, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02644-BNB

Rodney Curtis Hamrick
Reg. No. 01192-087
USP Florence ADMax
PO Box 8500
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 14, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk