IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02644-BNB

RODNEY CURTIS HAMRICK, a.k.a. Zechariah Antonios Al-Magsoon

    Petitioner,

v.

NO DEFENDANT NAMED,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Rodney Curtis Hamrick, a Colorado Department of Corrections inmate, is incarcerated at the ADX in Florence, Colorado. He initiated this action by filing *pro se* an "Ex Parte Petition for Change of Name" and a Letter.

    In an Order entered on October 14, 2011, Magistrate Judge Boyd N. Boland directed Mr. Hamrick to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Hamrick was ordered to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form along with a certified copy of his prisoner's trust fund account statement showing the balance in his account for the six months preceding his filing, or to pay the $350.00 filing fee. Plaintiff was also directed to submit a Prisoner Complaint on the court-approved form. The October 14 Order warned Mr. Hamrick that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

    Mr. Hamrick has not submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or a Prisoner Complaint on the court-approved forms. He

has also failed to pay the $350.00 filing fee.  Mr. Hamrick has not filed any documents with the Court to attempt to comply with the October 14 Order.  Therefore, Mr. Hamrick has failed to cure the designated deficiencies within the time allowed.  Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Rodney Curtis Hamrick, to comply with the order to cure dated October 14, 2011.

DATED at Denver, Colorado, this   22nd   day of    November    , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court